AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>Clemente Gonzales Lopez<br><br>*Defendant(s)* | Case No. 2:19-MJ-234 |

**FILED** DEC 11 2019
CLERK, U.S. DISTRICT COURT
By _____ Deputy

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 10, 2019__ in the county of __Potter__ in the __Northern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Sections 922(g)(1) and 924(a)(2) | Convicted Felon in Possession of a Firearm. |

This criminal complaint is based on these facts:

see attached affidavit in support of complaint.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Thomas Newton, USMS TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/11/2019

_____
*Judge's signature*

City and state: Amarillo, Texas

Lee Ann Reno, U.S. Magistrate Judge
*Printed name and title*

Case No. 2:19-MJ-234

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Thomas E. Newton, affiant herein, being duly sworn, state that I am a Corporal with the Amarillo Police Department assigned to the North Texas Fugitive Taskforce under the United States Marshal Service. I have been employed with Amarillo Police Department since June of 2005. I successfully completed the police academy through the Amarillo Police Department and currently hold a master peace officer license.

As a result of my training, education, and experience, I am familiar with federal laws, including Title 18, United States Code, Section 922(g)(1), which makes it unlawful for any person who has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year to ship or transport in interstate commerce, or possess in or affecting commerce, any firearm or ammunition, or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

On December 10, 2019, law enforcement came into contact with Clemente Lopez at SE 9th and S Birmingham while conducting an investigation on a suspicious person. When officers approached Lopez, he stated that he had a gun on his person. Lopez lifted his shirt and had a handgun in his waistband. The handgun is described as a Glock Model 19, 9mm with an obliterated serial number and (30) rounds of ammunition. I consulted with firearms interstate Nexus expert SA Kevin Srivastava and he stated the pistol was not manufactured in the state of Texas; therefore, traveled in or affected

1

interstate commerce. Lopez is a convicted felon by his own admission and is prohibited from possessing firearms or ammunition.

Based on my training, education, and experience, and the information provided to me, there is probable cause that Clemente Gonzales Lopez violated Title 18, United States Code, Section 922(g)(1), which makes it unlawful for any person who has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year to ship or transport in interstate commerce, or possess in or affecting commerce, any firearm or ammunition, or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

_____
Corporal Thomas Newton
Amarillo Police Department
North Texas Fugitive Task Force

Sworn to before me, and subscribed in my presence

December 11, 2019          at          Amarillo, Texas
Date                                    City and State

Lee Ann Reno, U.S. Magistrate Judge            _____
Name and Title of Judicial Officer              Signature of Judicial Officer

_____
Meredith Pinkham
Assistant United States Attorney

2