# UNITED STATES DISTRICT COURT
## for
## NORTHERN DISTRICT OF TEXAS

# Report on Person Under Supervision - No Court Action Recommended

| | |
|---|---|
| Person Under Supervision: | Clemente Gonzales Lopez     Case No.: 2:19-CR-198-Z(01) |
| Name of Sentencing Judge: | U.S. District Judge Matthew J. Kacsmaryk |
| Date of Original Sentence: | June 30, 2020 |
| Original Offense: | Convicted Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2), Class C Felony |
| Original Sentence: | 96-month custody as to Count One, 3-year term of supervised release |
| Revocations: | None |
| Type of Supervision: | Supervised Release    Date Supervision Commenced: November 24, 2025 |
| Assistant U.S. Attorney: | Meredith Elizabeth Pinkham    Defense Attorney: Eric Scott Coats (Court appointed) |

## Notification To The Court For Cause As Follows:

The probation officer believes that the person under supervision has violated the following condition(s) which require(s) official notification, although no Court action is being recommended at this time.

Pursuant to USSG §7C1.3(a), upon receiving a report of non-compliance of a condition of supervised release, the court should conduct an individualized assessment to determine what response, if any, is appropriate.

### I.

**Violation of Other Condition No. 2**

The defendant shall not unlawfully possess a controlled substance.

**Violation of Other Condition No. 5**

The defendant shall refrain from any unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter (as determined by the court) for the use of a controlled substance.

**Violation of Other Condition No. 6**

The defendant shall participate in a program approved by the probation officer for treatment of narcotic or drug or alcohol dependency that will include testing for the detection of substance use, abstaining from the use of alcohol and all other intoxicants during and after completion of treatment, contributing to the costs of services rendered (copayment) at a rate of at least $20 per month.

**Nature of Noncompliance**

On December 17, 2025, Clemente Gonzales Lopez admitted verbally to U.S. Probation Officer Juan Lopez (USPO Lopez) to consuming methamphetamine on or about December 13, 2025, and December 17, 2025.

On December 22, 2025, Mr. Gonzales Lopez submitted a urine specimen for testing at Dailey Recovery Service, the substance abuse treatment provider in Amarillo, Texas, which tested positive for methamphetamine. On January 12, 2026, Mr. Gonzales Lopez admitted verbally to USPO Lopez to consuming methamphetamine on or about December 22, 2025.

Mr. Gonzales Lopez was referred to DRS for substance abuse treatment services and random urine drug screening upon commencement of his term of supervised release. He has complied with all directed treatment counseling sessions. Due to recent methamphetamine use, Mr. Gonzales Lopez's treatment plan was modified to include weekly group substance abuse counseling. This was implemented to provide additional support alongside his ongoing monthly individual counseling sessions. Furthermore, the frequency of his random urine screenings will remain in the most intensive phase. In addition to formal treatment, Mr. Gonzales Lopez has been accepted to Amarillo College to pursue a career as an electrician.

Based on Mr. Gonzales Lopez's honesty about his substance use, his request for additional treatment support, and his prosocial decision to further his education, it is respectfully recommended no action be taken at this time. The Court will be notified if additional action is warranted or if any further violations occur.

I declare under penalty of perjury that the
foregoing is true and correct.

Executed on January 13, 2026
Respectfully submitted,

Approved,

s/Juan Lopez
U.S. Probation Officer
Amarillo
Phone: 806-337-1754

s/Gema Delgado Reyes
Supervising U.S. Probation Officer
Phone: 806-337-1752

**Order of the Court:**

- [x] Agrees with the recommendation of the probation officer.
- [ ] Orders the probation officer to submit a request for modifying the conditions or term of supervision.
- [ ] Orders the probation officer to submit a request for warrant or summons.
- [ ] Other or Additional:
- [ ] File under seal until further order of the Court.

Matthew J. Kacsmaryk
U.S. District Judge

January 15, 2026
Date

JL